[No. 3199-1.   Division One.   June 23, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. GUY EUGENE KELLY, *Appellant*.

Appeal from a judgment of the Superior Court for King

County, No. 66786, Edward E. Henry, J., entered July 24, 1974. *Affirmed* by unpublished per curiam opinion.